**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Northern Light Medical Management, LLC | CASE NUMBER |
| | |
| v.                                     PLAINTIFF(S) | 2:26-cv-04980-SB-PDx |
| American Healthcare Systems Corp., Inc. et al | **ORDER RE TRANSFER** |
| DEFENDANT(S). | **(RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| May 27, 2026 | Mark C. Scarsi |
|---|---|
| Date | United States District Judge |

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:25-cv-03643-MCS-BFMx   and the present case:

- [✓] A.   Arise from the same or closely related transactions, happenings or events; or
- [✓] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Patricia Donahue_____ to Magistrate Judge _____Brianna Fuller Mircheff_____.

On all documents subsequently filed in this case, please substitute the initials ___MCS-BFMx___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:26-cv-04980-MCS-BFMx___. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [✓] *Previous Judge*      [ ] *Statistics Clerk*

CV-34 (06/23)                    **ORDER RE TRANSFER (Related Cases)**