| Attorney or Party without Attorney:<br>CHRISTOPHER FROST (SBN 200336)<br>FROST LLP<br>10960 Wilshire Blvd., Suite 1260<br>Los Angeles, CA 90024<br><br>　Telephone No:　(424) 254-0441 | | *For Court Use Only* |
|---|---|---|
| 　Attorney For:　Plaintiff | *Ref. No. or File No.:*<br>3599.00002 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| *Plaintiff:*　NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br>*Defendant:*　AMERICAN HEALTHCARE SYSTEMS CORP., INC et al | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-cv-04980 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice Of Related Cases; Notice Of Assignment To United States Judges; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice To Parties Of Court−Directed Adr Program

3. *a.　Party served:*　　MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST
   *b.　Person served:*　Party served in 3a.

4. *Address where the party was served:*　3426 Oakmont View Drive, Glendale, CA 91208

5. *I served the party:*
   a. **by substituted service.**　On: Thu, May 28 2026 at: 02:30 PM by leaving the copies with or in the presence of:
   　"Jane Doe", Mother, Co - Occupant, Middle Eastern, Female, Age: 50, Hair: Black , Height: 5'5",

　(1)　[X]　**(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
　(2)　[ ]　**(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
　(3)　[X]　**(Declaration of Mailing)** is attached.
　(4)　[ ]　**(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



**PROOF OF SERVICE**

*15998165*
*(17784174)*
**Page 1 of 2**

| Attorney or Party without Attorney:<br>CHRISTOPHER FROST (SBN 200336)<br>FROST LLP<br>10960 Wilshire Blvd., Suite 1260<br>Los Angeles, CA 90024<br><br>Telephone No:  (424) 254-0441<br><br>Attorney For:  Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:*<br>3599.00002 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISIO | | |
| *Plaintiff:*  NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br>*Defendant:*  AMERICAN HEALTHCARE SYSTEMS CORP., INC et al | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-cv-04980 |
|---|---|---|---|---|

6.  *Person Who Served Papers:*

   a. Lucy Evereteze (2025120774)

   **b. FIRST LEGAL**

     1517 W. Beverly Blvd.

     LOS ANGELES, CA 90026

   c. (213) 250-1111

   **d. *The Fee*** *for Service was:*   $297.41

   **e.** I am: A Registered California Process Server

7.  ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

          05/29/2026

           *(Date)*                         *(Signature)*



| Attorney or Party without Attorney:<br>CHRISTOPHER FROST (SBN 200336)<br>FROST LLP<br>10960 Wilshire Blvd., Suite 1260<br>Los Angeles, CA 90024<br>Telephone No:  (424) 254-0441 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>3599.00002 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISIO | | |
| Plaintiff:   NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br>Defendant:  AMERICAN HEALTHCARE SYSTEMS CORP., INC et al | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-04980 |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice Of Related Cases; Notice Of Assignment To United States Judges; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice To Parties Of Court−Directed Adr Program

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Thu, May 28, 2026
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST
        3426 Oakmont View Drive, Glendale, CA 91208

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, May 28, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
     1517 W. Beverly Boulevard
     LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

6.  **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

05/29/2026
*(Date)*

*(Signature)*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | *15998165*<br>*(17784174)* |
|---|---|---|

FL FIRSTLEGAL