CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04980-MCS-BFMx <br><br> *Assigned to: Hon. Mark C. Scarsi* <br><br> **PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC** <br><br> Action Filed:    May 8, 2026 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Northern Light Medical Management, LLC ("NLMM") requests that the Clerk enter default against Defendant Waukegan Illinois Hospital Company, LLC d.b.a. Vista Medical Center East ("Vista"), for its failure to plead or otherwise defend against the Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

NLMM filed this action on May 8, 2026 and served Vista with the Summons, Complaint, and accompanying case-initiating documents by personal service on May 28, 2026, in conformity with Federal Rule of Civil Procedure 4(h)(1)(B). (Tiraturyan Decl. ¶¶ 2–5, Exs. A, B.) NLMM's process server personally delivered copies of those documents to a person authorized to accept service of process on behalf of CT Corporation System, Vista's registered agent for service of process, at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604. (*Id.*) NLMM filed the Proof of Service for Vista on June 5, 2026. (*Id.* ¶ 5, Ex. B, ECF No. 21.)

Vista's deadline to answer or otherwise respond to the Complaint was therefore June 18, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has now passed, and Vista has not answered, moved against, or otherwise responded to the Complaint, nor has it sought or obtained any extension of its time to do so. (Tiraturyan Decl. ¶¶ 6–10.) Moreover, as a limited liability company, Vista is neither a minor nor an incompetent person. (*Id.* ¶¶ 3, 11, Ex. A.) Accordingly, NLMM respectfully requests that the Clerk enter default against Vista pursuant to Federal Rule of Civil Procedure 55(a).

DATED:  June 26, 2026          FROST LLP


By:    _/s/ David Tiraturyan_
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC