CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04980-MCS-BFMx <br><br> *Assigned to: Hon. Mark C. Scarsi* <br><br> **DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC** <br><br> Action Filed:   May 8, 2026 |

DECLARATION OF DAVID TIRATURYAN

## <u>DECLARATION OF DAVID TIRATURYAN</u>

I, David Tiraturyan, declare as follows:

1.    I am an attorney licensed to practice before this Court, and am an associate with the law firm of FROST LLP, attorneys of record herein for Plaintiff Northern Light Medical Management, LLC ("NLMM"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of NLMM's Request for Clerk to Enter Default Against Defendant Waukegan Illinois Hospital Company, LLC ("Vista"), filed concurrently herewith.

2.    NLMM filed its Complaint against Vista, American Healthcare Systems Corp., Inc. ("AHS"), and Mike Sarian on May 8, 2026. (ECF No. 1.)

3.    I reviewed the business entity record that the Illinois Secretary of State maintains for Vista, which reflects that Vista is a limited liability company organized under the laws of Illinois and that CT Corporation System is Vista's registered agent for service of process. CT Corporation System is therefore an agent authorized by appointment and by law to receive service of process on Vista's behalf within the meaning of Federal Rule of Civil Procedure 4(h)(1)(B). A true and correct copy of Vista's business entity record from the Illinois Secretary of State's website is attached as **Exhibit A**.

4.    As reflected in the Proof of Service (ECF No. 21), at 1:54 p.m. on May 28, 2026, a process server retained by NLMM personally delivered copies of the Summons, Complaint, and accompanying case-initiating documents to a person authorized to accept service of process on behalf of CT Corporation System. Service was made at CT Corporation System's offices located at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604, and was effected in conformity with Federal Rule of Civil Procedure 4(h)(1)(B).

FROST

1

DECLARATION OF DAVID TIRATURYAN

5. On June 5, 2026, NLMM filed the Proof of Service evidencing service on Vista, which is on file with the Court as ECF No. 21. A true and correct copy of the Proof of Service for Vista is attached as **Exhibit B**.

6. On May 8, 2026, the day NLMM filed the Complaint, I emailed Armen Papazian and Varand Gourjian (counsel for AHS and Vista in the prior action between the parties)[1] copies of the Complaint and the Notice of Related Cases and asked whether they were authorized to accept service of process on behalf of the defendants. On May 27, 2026, I followed up and asked them to confirm whether they represented AHS, Vista, and Mike Sarian in this matter and, if so, whether they were authorized to accept service. That same day, Mr. Papazian responded that he would "contact the clients and ask if we can accept service of this new matter on their behalf" and that he would get back to me as soon as possible. Neither Mr. Papazian nor Mr. Gourjian has communicated with me since. A true and correct copy of this email correspondence is attached as **Exhibit C**.

7. Because Vista was served on May 28, 2026, its deadline to answer or otherwise respond to the Complaint was June 18, 2026.

8. As of the date of this declaration, Vista has not answered the Complaint, has not filed any motion directed to the Complaint under Federal Rule of Civil Procedure 12, and has not otherwise appeared or responded in this action. Vista has therefore failed to plead or otherwise defend within the meaning of Federal Rule of Civil Procedure 55(a).

9. No attorney has appeared in this action on Vista's behalf, nor on behalf of any other defendant.

10. Neither Vista nor anyone acting on its behalf has contacted me or anyone else from my office to request an extension of Vista's time to respond to the

---

[1] *Northern Light Medical Management., LLC v. American Healthcare Systems Corp., Inc.,* No. 2:25-cv-03643-MCS-BFMx (C.D. Cal. filed Apr. 24, 2025).

DECLARATION OF DAVID TIRATURYAN

Complaint, to accept or acknowledge service, or to serve any paper in this action, and NLMM has not agreed to any extension of Vista's time to respond.

11.    Vista is a limited liability company and is neither a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of June, 2026, at Los Angeles, California.

_____
David Tiraturyan

3
DECLARATION OF DAVID TIRATURYAN