# EXHIBIT C

| | |
|---|---|
| **From:** | Armen Papazian |
| **To:** | Varand Gourjian; David Tiraturyan |
| **Cc:** | Chris Frost; Benjamin Kassis |
| **Subject:** | Re: NLMM v. AHS |
| **Date:** | Wednesday, May 27, 2026 6:15:05 PM |

[EXTERNAL E-MAIL]

Hi David,

We will contact the clients and ask if we can accept service of this new matter on their behalf and get back to you asap.

Thank you,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278

On Wednesday, May 27, 2026 at 05:33:53 PM PDT, David Tiraturyan <david1@frostllp.com> wrote:

Varand and Armen,

Following up on the below. Please confirm whether you are representing AHS, Vista, and Mike Sarian in connection with the attached complaint, and if so, whether you are authorized to accept service on their behalf. Thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan

**Sent:** Friday, May 8, 2026 1:29 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>
**Subject:** NLMM v. AHS

Varand and Armen,

Attached please find the complaint and notice of related cases filed today in the Central District. Please confirm whether you're authorized to accept service on behalf of all defendants. Thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.