# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:26–cv–04980–MCS–BFM <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/26/2026

Document No.:   22

Title of Document:   REQUEST for Clerk to Enter Default against Defendant Waukegan Illinois Hospital Company, LLC filed by Plaintiff Northern Light Medical Management, LLC. Request set for hearing on 7/27/2026 at 09:00 AM before Judge Mark C. Scarsi

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Filer erroneously set Request to Clerk for Default on Judge's motion calendar. Such hearing does not appear on the pdf nor is one required. Clerk will terminate this erroneous hearing only and process default by separate entry. As such filer does NOT need to respond to this notice as indicated on this form.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  June 29, 2026

By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS