CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04980-MCS-BFMx <br><br> *Assigned to: Hon. Mark C. Scarsi* <br><br> **PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MIKE SARIAN** <br><br> Action Filed:    May 8, 2026 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Northern Light Medical Management, LLC ("NLMM") requests that the Clerk enter default against Defendant Mike Sarian, individually and as Trustee of the Sarian Family Trust ("Sarian"), for his failure to plead or otherwise defend against the Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

NLMM filed this action on May 8, 2026 and served Sarian with the Summons, Complaint, and accompanying case-initiating documents on May 28, 2026, in conformity with Federal Rule of Civil Procedure 4(e)(2)(B). (Tiraturyan Decl. ¶¶ 2–5, Ex. A.) NLMM's process server left copies of those documents at Sarian's dwelling house in Glendale, California, with a member of his household who is at least eighteen years of age and resides there. (*Id.* ¶¶ 3, 5, Ex. A.) NLMM also mailed copies of those documents to Sarian at the same address. (*Id.* ¶ 3, Ex. A at 3.) NLMM filed the Proof of Service for Sarian on May 29, 2026. (*Id.* ¶ 4, Ex. A; ECF No. 20.)

Sarian's deadline to answer or otherwise respond to the Complaint was therefore June 18, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has now passed, and Sarian has not answered, moved against, or otherwise responded to the Complaint, nor has he sought or obtained any extension of his time to do so. (Tiraturyan Decl. ¶¶ 7–10; *see also id.* ¶ 6, Ex. B.)

NLMM is informed that Sarian is an adult and thus, is neither a minor nor an incompetent person. (*Id.* ¶ 11.) NLMM is further informed that Sarian is not on active duty in any branch of the United States Armed Forces or otherwise in the military service of the United States, as defined in 50 U.S.C. § 3911. (*Id.* ¶ 12.) Accordingly, NLMM respectfully requests that the Clerk enter default against Sarian pursuant to Federal Rule of Civil Procedure 55(a).

1

PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER
DEFAULT AGAINST DEFENDANT MIKE SARIAN

DATED: June 30, 2026          FROST LLP


By:     /s/ David Tiraturyan
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MIKE SARIAN