CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04980-MCS-BFMx<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MIKE SARIAN**<br><br>Action Filed:    May 8, 2026 |

DECLARATION OF DAVID TIRATURYAN

## <u>DECLARATION OF DAVID TIRATURYAN</u>

I, David Tiraturyan, declare as follows:

1.    I am an attorney licensed to practice before this Court, and am an associate with the law firm of FROST LLP, attorneys of record herein for Plaintiff Northern Light Medical Management, LLC ("NLMM"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of NLMM's Request for Clerk to Enter Default Against Defendant Mike Sarian, filed concurrently herewith.

2.    On May 8, 2026, NLMM filed its Complaint against American Healthcare Systems Corp., Inc. ("AHS"), Waukegan Illinois Hospital Company, LLC ("Vista"), and Mike Sarian, individually and as Trustee of the Sarian Family Trust. (ECF No. 1.)

3.    Sarian was served with process in conformity with Federal Rule of Civil Procedure 4(e)(2)(B). As reflected in the Proof of Service (ECF No. 20), on May 28, 2026 at 2:30 p.m., a registered California process server retained by NLMM left copies of the Summons, Complaint, and accompanying case-initiating documents at Sarian's residence in Glendale, California, with a person of suitable age and discretion who resides there. Copies of those documents were also mailed to Sarian at the same address on May 28, 2026.

4.    NLMM filed the Proof of Service evidencing service on Sarian on May 29, 2026, which is on file with the Court as ECF No. 20. A true and correct copy of the Proof of Service for Sarian is attached as **Exhibit A**.

5.    Based on my investigation, including my review of public records, the address at which service was made, as set forth in the Proof of Service, is Sarian's dwelling house or usual place of abode.

6.    On May 8, 2026, the day NLMM filed the Complaint, I emailed Armen Papazian and Varand Gourjian (counsel for AHS and Vista in the prior action between

1
DECLARATION OF DAVID TIRATURYAN

the parties)[1] copies of the Complaint and the Notice of Related Cases and asked whether they were authorized to accept service of process on behalf of the defendants. On May 27, 2026, I followed up and asked them to confirm whether they represented AHS, Vista, and Sarian in this matter and, if so, whether they were authorized to accept service. That same day, Mr. Papazian responded that he would "contact the clients and ask if we can accept service of this new matter on their behalf" and that he would get back to me as soon as possible. Neither Mr. Papazian nor Mr. Gourjian has communicated with me since. A true and correct copy of this email correspondence is attached as **Exhibit B**.

7. Sarian's deadline to answer or otherwise respond to the Complaint was June 18, 2026, *i.e.*, twenty-one days after service.

8. As of the date of this declaration, Sarian has not answered the Complaint, has not filed any motion directed to the Complaint under Federal Rule of Civil Procedure 12, and has not otherwise appeared or responded in this action. Sarian has therefore failed to plead or otherwise defend within the meaning of Federal Rule of Civil Procedure 55(a).

9. No attorney has appeared in this action on Sarian's behalf, nor on behalf of any other defendant.

10. Neither Sarian nor anyone acting on his behalf has contacted me or anyone else from my office to request an extension of Sarian's time to respond to the Complaint, to accept or acknowledge service, or to serve any paper in this action, and NLMM has not agreed to any extension of Sarian's time to respond.

11. Based on my investigation, I am informed that Sarian is an adult and is neither a minor nor an incompetent person.

---

[1] *Northern Light Medical Management, LLC v. American Healthcare Systems Corp., Inc.,* No. 2:25-cv-03643-MCS-BFMx (C.D. Cal. filed Apr. 24, 2025).

2

DECLARATION OF DAVID TIRATURYAN

12.     Based on my investigation, I am informed that Sarian is not on active duty in any branch of the United States Armed Forces and is not otherwise in the military service of the United States as defined in 50 U.S.C. § 3911.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of June, 2026, at Los Angeles, California.

_____
David Tiraturyan

DECLARATION OF DAVID TIRATURYAN