# EXHIBIT 3

| | |
|---|---|
| **From:** | David Tiraturyan |
| **To:** | "Varand Gourjian"; "Armen Papazian" |
| **Cc:** | "Alec Galustian"; Benjamin Kassis; Rachel Duboff |
| **Subject:** | RE: Notice of Settlement - NLMM v. AHS |
| **Date:** | Wednesday, April 1, 2026 11:49:55 AM |
| **Attachments:** | image002.png |

Hi Varand,

Just a reminder that the second installment payment under the settlement agreement is due today. Do you know if your clients have sent out the wire? Thanks.

DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Friday, March 27, 2026 2:05 PM
**To:** 'Varand Gourjian' <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Alec Galustian <alec@gourjianlaw.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Great, thanks, will get this on file now.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Varand Gourjian <varand@gourjianlaw.com>
**Sent:** Friday, March 27, 2026 1:20 PM
**To:** David Tiraturyan <david1@frostllp.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Alec Galustian <alec@gourjianlaw.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[EXTERNAL E-MAIL]

Please see signed version attached.

Varand Gourjian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203



818.956.0100 Telephone
818.956.0123 Facsimile
varand@gourjianlaw.com
www.gourjianlaw.com

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Friday, March 27, 2026 11:37 AM
**To:** Armen Papazian <armen@papazianlawfirm.com>; Varand Gourjian <varand@gourjianlaw.com>
**Cc:** Alec Galustian <alec@gourjianlaw.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Here are the final versions. Just let me know whose signature to add from your end, and we can get this filed. Thanks.

**FROST**

David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Friday, March 27, 2026 10:23 AM
**To:** 'Armen Papazian' <armen@papazianlawfirm.com>; Varand Gourjian <varand@gourjianlaw.com>
**Cc:** Alec Galustian <alec@gourjianlaw.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Thanks, I'm fine with the changes. Will it be your signature or Varand's?



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Friday, March 27, 2026 10:20 AM
**To:** Varand Gourjian <varand@gourjianlaw.com>; David Tiraturyan <david1@frostllp.com>
**Cc:** Alec Galustian <alec@gourjianlaw.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

[EXTERNAL E-MAIL]

Hi David,

See my comments to the stipulation and order. Any enforcement would be via a motion in this action, not a new action, so I took out that extraneous language.

Best regards,

Armen Papazian, Esq.
Papazian Law, APC

15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278


On Thursday, March 26, 2026 at 02:02:08 PM PDT, David Tiraturyan <david1@frostllp.com> wrote:


Varand and Armen,

Attached please find drafts of the stipulation for dismissal with prejudice and the proposed order. The deadline to file this is March 28, but given that that falls on a Saturday, we'd prefer to file this tomorrow.

If you have any edits, please make them in redline. Otherwise, let me know if this is good to add either of your signatures and we can get this on file ASAP.

Thanks,
DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Friday, March 13, 2026 3:57 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>
**Cc:** Armen Papazian <armen@papazianlawfirm.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS


Confirmed, we received. Thanks again.



David Tiraturyan

Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Varand Gourjian <varand@gourjianlaw.com>
**Sent:** Friday, March 13, 2026 3:43 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Armen Papazian <armen@papazianlawfirm.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[External E-mail]

Your client should have received it already today.

Varand Gourjian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203

**gourjianlaw**

818.956.0100 Telephone
818.956.0123 Facsimile
varand@gourjianlaw.com
www.gourjianlaw.com

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Friday, March 13, 2026 3:29 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>
**Cc:** Armen Papazian <armen@papazianlawfirm.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

Did the wire go out today?



David Tiraturyan
Associate
Email: david1@frostllp.com

Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Friday, March 13, 2026 10:24:39 AM
**To:** Varand Gourjian <varand@gourjianlaw.com>
**Cc:** Armen Papazian <armen@papazianlawfirm.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Thanks Varand, much appreciated.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Varand Gourjian <varand@gourjianlaw.com>
**Sent:** Friday, March 13, 2026 9:51 AM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Armen Papazian <armen@papazianlawfirm.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[External E-mail]

David,

Thank you for your email and for the 1-day extension.  Please find the signed settlement agreement attached.  I expect to have wire confirmation also shortly.

Varand Gourjian, Esq.
GOURJIAN LAW GROUP, P.C.

101 North Brand Boulevard, Suite 1220
Glendale, California  91203

**gourjianlaw**

818.956.0100 Telephone
818.956.0123 Facsimile
varand@gourjianlaw.com
www.gourjianlaw.com

---

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Thursday, March 12, 2026 6:47 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost Chris@frostllp.com; Benjamin Kassis ben@frostllp.com; Rachel Duboff rduboff@frostllp.com; Alec Galustian alec@gourjianlaw.com
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Hi Varand,

Thanks for the call this afternoon. Per our discussion, my client will grant a 1-day grace period for AHS/Vista to make the first installment payment, such that the wire to go out on March 13. Also, during our call, you mentioned that you would return the fully executed settlement agreement tomorrow morning, so we'll be waiting for that as well. I'm attaching the version executed by my client here for your reference. If the wire doesn't go out tomorrow, we will move ex parte on Monday for an order vacating the dismissal, enforcing the settlement agreement in full, and for sanctions and fees.

Thanks,
DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** David Tiraturyan
**Sent:** Wednesday, March 4, 2026 2:38 PM
**To:** 'Varand Gourjian' <varand@gourjianlaw.com>; 'Armen Papazian' <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; 'Alec Galustian' <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Varand/Armen: what's the deal here? When can we expect the wire and fully executed settlement agreement? You said both were headed our way on Monday.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Monday, March 2, 2026 4:10 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Did the wire get sent out today?



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Monday, March 2, 2026 9:26 AM
**To:** 'Varand Gourjian' <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>

**Subject:** RE: Notice of Settlement - NLMM v. AHS

Perfect, thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Varand Gourjian <varand@gourjianlaw.com>
**Sent:** Monday, March 2, 2026 9:24 AM
**To:** David Tiraturyan <david1@frostllp.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[External E-mail]

Both should be headed your way today.

Varand Gourjian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203

gourjianlaw

818.956.0100 Telephone
818.956.0123 Facsimile
varand@gourjianlaw.com
www.gourjianlaw.com

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Monday, March 2, 2026 8:37 AM
**To:** Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Hi Varand,

Following up on the fully executed agreement and status of the first payment. Thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Friday, February 27, 2026 5:19 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Hi Varand,

Here's the executed settlement agreement. Note that I made 3 very minor/immaterial changes:

1. ██████████████████████████████████
2. ████████████████████████
3. ██████████████████████████

Please return the fully executed copy when you can. Also available for the rest of the day to confirm wiring instructions.

Thanks,
DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** David Tiraturyan
**Sent:** Friday, February 27, 2026 2:05 PM
**To:** 'Varand Gourjian' <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Yup, that's fine. Thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Varand Gourjian <varand@gourjianlaw.com>
**Sent:** Friday, February 27, 2026 2:03 PM
**To:** David Tiraturyan <david1@frostllp.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[External E-mail]

OK; will do after 4pm.  I also note that March 1 is Sunday, so please confirm you are ok with the initial wire going out on Monday.

Varand Gourjian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203



818.956.0100 Telephone
818.956.0123 Facsimile
varand@gourjianlaw.com
www.gourjianlaw.com

---

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Friday, February 27, 2026 2:02 PM
**To:** Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Thanks Varand, sorry missed your call. If our redline is fine, then we should be good and can finalize. I'm available after 4 if you want to verbally confirm wire instructions. Otherwise, I'll PDF this and circulate to my client for signature.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Varand Gourjian <varand@gourjianlaw.com>
**Sent:** Friday, February 27, 2026 1:56 PM
**To:** David Tiraturyan <david1@frostllp.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[External E-mail]

David,

Armen is out of the country.  I just tried to reach you.  If you wanted to discuss the redline to 2.4, it is fine with us.  Let me know if there is anything else.

Varand Gourjian, Esq.

GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203



818.956.0100 Telephone
818.956.0123 Facsimile
varand@gourjianlaw.com
www.gourjianlaw.com

---

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Friday, February 27, 2026 1:33 PM
**To:** Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

See attached. Let's get on a call this afternoon to discuss. Are you available at 4pm?



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** David Tiraturyan
**Sent:** Friday, February 27, 2026 1:00 PM
**To:** Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Let me circulate to my clients and I'll flip it back to you ASAP. Are you going to call to verbally confirm wiring instructions? If so, I'll be available today after 1:30. Thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Friday, February 27, 2026 10:25 AM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

[External E-mail]

Hi David,

See our comments to the settlement agreement.

Best,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278

On Friday, February 27, 2026 at 02:18:19 AM GMT, David Tiraturyan <david1@frostllp.com> wrote:

Hi Armen,

Any update on the agreement? Just a reminder that the first settlement payment is due by March 1. Thanks.

FROST

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** David Tiraturyan
**Sent:** Wednesday, February 25, 2026 5:34 PM
**To:** 'Armen Papazian' <armen@papazianlawfirm.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

Hi Armen,

Here's our wiring info for Attachment A. Give me a call to verbally confirm when you're ready – you can just call my cell: (818) 398-9696.

| Bank Name: | ███████████ |
| Bank Address: | ███████████████ |
| Account Name: | ████████████ |
| Account No.: | ███ |
| ABA No.: | ███ |
| SWIFT: | ███ |
| Reference: | █████ |

When do you expect to have the settlement agreement back to us?

Thanks,
DT

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Thursday, February 19, 2026 4:58 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

[External E-mail]

Thank you David. Will review asap and get any comments to you.

Armen Papazian, Esq.

Papazian Law, APC

15260 Ventura Blvd., Suite 960

Sherman Oaks, CA 91403

Tel: 818 697-8272

Fax: 818 697-8278

On Wednesday, February 18, 2026 at 06:21:17 PM PST, David Tiraturyan <david1@frostllp.com> wrote:

Hi Armen,

Here's a draft of the settlement agreement – if you have any edits, please make them in redline so we can review.
I'll get wiring info for Attachment A tomorrow.

Thanks,
DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Wednesday, February 18, 2026 4:20 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

[External E-mail]

Thank you.

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278


On Wednesday, February 18, 2026 at 03:43:34 PM PST, David Tiraturyan <david1@frostllp.com> wrote:


Hi Armen,

Was actually just about to send you an email – I sent a draft over to my client and am waiting on their comments. I should have a draft to you by tomorrow or Friday.

Thanks,
DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Wednesday, February 18, 2026 3:42 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

[External E-mail]

Hi David,

Just checking in on the draft settlement agreement.

Thanks,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278


On Tuesday, February 10, 2026 at 09:43:48 PM PST, David Tiraturyan <david1@frostllp.com> wrote:


No worries, and thanks – I'll add your sig & file.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Tuesday, February 10, 2026 9:42 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>; Varand Gourjian <varand@gourjianlaw.com>
**Subject:** Re: Notice of Settlement - NLMM v. AHS

[External E-mail]

Sorry David, it has been one of those days. The notice looks fine and you can affix our electronic signature to it and have it filed.

Thank you,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278

On Tuesday, February 10, 2026 at 09:29:45 PM PST, David Tiraturyan <david1@frostllp.com> wrote:

Armen:

Following up on the attached. We need to file it ASAP per the local rules. Thx.

DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** David Tiraturyan
**Sent:** Monday, February 9, 2026 8:41 PM
**To:** Armen Papazian <armen@papazianlawfirm.com>; Varand Gourjian <varand@gourjianlaw.com>
**Cc:** Chris Frost <Chris@frostllp.com>; Benjamin Kassis <ben@frostllp.com>; Rachel Duboff <rduboff@frostllp.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Notice of Settlement - NLMM v. AHS

Armen & Varand:

Please see the attached draft joint notice of settlement and let me know if you have any edits or comments. If no changes, let me know if you want to me to add your /s/ signature – we plan on filing this tomorrow.
Separately, I'll put together a first draft of the settlement agreement and circulate for your review sometime this week.

Thanks,
DT



David Tiraturyan
Associate

Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.