# EXHIBIT 18

 **Michael Sarian**
May 11 · 🌐

City of Glendale elections are turning into a huge drama by certain individuals because they are feeling they will lose. There is no public support for them or their radical left positions. They are restoring in desperate moves to all kinds of personal attacks agansit us.
We had enough! we will fight these people and will bring them to court period.
The people of Glendale deserve the best! Our records are extremely clean and impeccable and I am the biggest philanthropist in our community.
I have given to many charities than anyone in the city of Glendale. I have send  upwards of millions of Charity Medical Equipments to many hospitals in Armenia. I have given also many millions in charity donations here in US to schools, churches and many worthy organizations! I worked very hard the last 35 years to build my career and I am one of the top healthcare CEOs in US. Top 25 Healthcare CEO by Modern Healthcare and  I earned every penny of my net worth with hard work and lifetime dedication. Any criminal minded elements who are trying tarnish my or my wife's name, I am coming powerfully after every and each one of them with the full extent of the law.
I had enough of this BS nonsense! **See less**

 77    ↪ 1