# EXHIBIT 21

*Northern Light Medical Management, LLC v. American Healthcare Systems Corp., Inc., et al.*  (C.D. Cal.)

No. 2:26-cv-04980-MCS-BFMx

Exhibit 21 to Declaration of David Tiraturyan

| TABLE 1 – Summary of the Hours Worked by Each Attorney, Organized by Task | | | |
|---|---|---|---|
| Attorney (Title) | Hourly Rate | Hours | Fee |
| Task 1: Pre-Suit Default Notices and Demand Correspondence | | | |
| David Tiraturyan (Associate) | $625 | 1.7 | $1,062.50 |
| Fee Request for Task 1 | | 1.7 | $1,062.50 |
| Task 2: Complaint, Exhibits, and Case Initiation | | | |
| Benjamin Kassis (Partner) | $1,035 | 0.6 | $621.00 |
| David Tiraturyan (Associate) | $625 | 23.1 | $14,437.50 |
| Matthew Aghaian (Associate) | $450 | 3.0 | $1,350.00 |
| Fee Request for Task 2 | | 26.7 | $16,408.50 |
| Task 3: Notice of Related Cases | | | |
| David Tiraturyan (Associate) | $625 | 2.4 | $1,500.00 |
| Fee Request for Task 3 | | 2.4 | $1,500.00 |
| Task 4: Service of Process | | | |
| David Tiraturyan (Associate) | $625 | 1.3 | $812.50 |
| Fee Request for Task 4 | | 1.3 | $812.50 |
| Task 5: Requests for Entry of Default | | | |
| David Tiraturyan (Associate) | $625 | 5.1 | $3,187.50 |
| Fee Request for Task 5 | | 5.1 | $3,187.50 |
| Task 6: Motion for Default Judgment and Supporting Papers | | | |
| David Tiraturyan (Associate) | $625 | 36.3 | $22,687.50 |
| Matthew Aghaian (Associate) | $450 | 1.4 | $630.00 |
| Fee Request for Task 6 | | 37.7 | $23,317.50 |
| Task 7: Case Management, Strategy, and Client Communications | | | |
| David Tiraturyan (Associate) | $625 | 1.7 | $1,062.50 |
| Fee Request for Task 7 | | 1.7 | $1,062.50 |
| TOTAL FEE REQUEST (ALL TASKS) | | 76.6 | $47,351.00 |

*Prepared per the Court's Initial Standing Order § 10(d) & Ex. B (ECF No. 18).*