CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04980-MCS-BFMx <br><br> *Assigned to: Hon. Mark C. Scarsi* <br><br> **NOTICE OF CLAIM FOR PUNITIVE DAMAGES AND STATEMENT OF TOTAL DAMAGES CLAIMED BY DEFAULT JUDGMENT** <br><br> Action Filed:    May 8, 2026 |

179194.1

**TO ALL DEFENDANTS AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that Plaintiff Northern Light Medical Management, LLC ("NLMM") reserves the right to seek up to $300,000.00 in punitive damages when Plaintiff seeks a judgment against Defendant Mike Sarian, individually and as Trustee of the Sarian Family Trust ("Sarian"). Specifically, by the concurrently filed Motion for Entry of Default Judgment (the "Motion"), NLMM seeks punitive damages against Sarian in the amount of $265,358.28.

**PLEASE TAKE FURTHER NOTICE** that NLMM seeks, by the Motion and through the judgment it requests, the following amounts:

1.     Compensatory damages of $300,000.00, against Defendants American Healthcare Systems Corp., Inc. ("AHS"), Waukegan Illinois Hospital Company, LLC, d.b.a. Vista Medical Center East ("Vista," and together with AHS, the "AHS Parties"), and Sarian, jointly and severally, subject to a single satisfaction;

2.     Contractual interest at ten percent per annum against the AHS Parties, jointly and severally, in the amount of $7,808.05 computed from April 13, 2026 through July 16, 2026, and accruing thereafter at $82.19 per day until entry of judgment;

3.     Punitive damages against Sarian in the amount of $265,358.28, up to the maximum of $300,000.00 reserved above;

4.     Reasonable attorneys' fees against the AHS Parties, jointly and severally, in the amount of $43,351.00 incurred through July 16, 2026;

5.     Costs of suit, which NLMM will submit to the Clerk pursuant to Local Rule 54-2; and

6.     Post-judgment interest against all Defendants pursuant to 28 U.S.C. § 1961 from entry of judgment until satisfaction.

**PLEASE TAKE FURTHER NOTICE** that, giving effect to the single satisfaction to which the compensatory damages described in Paragraph 1 are subject,

179194.1

1

NOTICE OF CLAIM FOR PUNITIVE DAMAGES AND STATEMENT OF TOTAL DAMAGES CLAIMED BY DEFAULT JUDGMENT

the total amount NLMM claims by the Motion is $616,517.33 as of the date of this Notice.

DATED:  July 16, 2026                   FROST LLP


By:    _/s/ David Tiraturyan_
       CHRISTOPHER FROST
       BENJAMIN KASSIS
       DAVID TIRATURYAN
       Attorneys for Plaintiff
       NORTHERN LIGHT MEDICAL
       MANAGEMENT, LLC

179194.1

2

NOTICE OF CLAIM FOR PUNITIVE DAMAGES AND STATEMENT OF TOTAL DAMAGES CLAIMED BY DEFAULT JUDGMENT