David Tiraturyan (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
Tel: (424) 254-0441

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:26-cv-04980-MCS-BFMx <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) DOES 1 through 10, inclusive. _____

_____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  Plaintiff Northern Light Medical Management, LLC _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

July 16, 2026 _____        /s/ David Tiraturyan _____
*Date*                                                        *Signature of Attorney/Party*

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*