CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04980-MCS-BFMx<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**SUPPLEMENTAL DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF PLAINTIFF'S COMBINED RESPONSE TO DEFENDANTS' REQUEST TO SET ASIDE THE DEFAULTS AND REPLY IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Action Filed:   May 8, 2026 |

195957.1

SUPPLEMENTAL DECLARATION OF DAVID TIRATURYAN

## **SUPPLEMENTAL DECLARATION OF DAVID TIRATURYAN**

I, David Tiraturyan, declare as follows:

1.    I am an attorney licensed to practice before this Court, and am an associate with the law firm of FROST LLP, attorneys of record herein for Plaintiff Northern Light Medical Management, LLC ("NLMM"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of NLMM's Combined Response to Defendants' Request to Set Aside Defaults and Reply in Support of Motion for Entry of Default Judgment (the "Response"), filed concurrently herewith.

2.    Prior to Defendants' filing of their Opposition on July 31, 2026 (ECF No. 31), no attorney representing any Defendant contacted me or any other attorney from my firm to confer regarding the relief that Opposition requests.

3.    On August 6, 2026, at 8:35 p.m., I emailed Defendants' counsel of record from Gourjian Law Group, P.C. regarding the alternatives identified in the Court's August 3, 2026 Order (ECF No. 32). In that email, I advised that NLMM (i) opposed the request to set aside the defaults; (ii) would proceed with its Motion for Entry of Default Judgment; (iii) did not consent to a stipulation setting aside the defaults and withdrawing the Motion; and (iv) did not consent to a stay pending alternative dispute resolution. I also offered to confer by telephone on August 7, 2026.

4.    Defendants' counsel did not respond to my August 6, 2026 email, and as of the filing of this Declaration, no attorney representing any Defendant has contacted me or any other FROST LLP attorney regarding the subject matter of that email, the Court's August 3, 2026 Order, or Defendants' request to set aside the defaults.

/ / /

/ / /

/ / /

/ / /

/ / /

195957.1

1

SUPPLEMENTAL DECLARATION OF DAVID TIRATURYAN

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of August, 2026, at Los Angeles, California.


                 */s/ David Tiraturyan*
                 David Tiraturyan

195957.1

2

SUPPLEMENTAL DECLARATION OF DAVID TIRATURYAN