CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04980-MCS-BFMx <br><br> *Assigned to: Hon. Mark C. Scarsi* <br><br> **REQUEST FOR ORAL ARGUMENT ON PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND DEFENDANTS' REQUEST TO SET ASIDE THE DEFAULTS** <br><br> Action Filed:   May 8, 2026 |

195374.1

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

Plaintiff Northern Light Medical Management, LLC ("NLMM") respectfully requests oral argument on (i) NLMM's Motion for Entry of Default Judgment (the "Motion," ECF Nos. 28, 28-1) and (ii) Defendants American Healthcare Systems Corp., Inc., Waukegan Illinois Hospital Company, LLC, and Mike Sarian's (collectively, "Defendants") construed motion to set aside the defaults (ECF No. 31).

In its August 3, 2026 Order, the Court deemed the Motion appropriate for decision without oral argument and vacated the hearing set for August 24, 2026. (Order at 1, ECF No. 32.) The Court then construed Defendants' Opposition as a motion to set aside the defaults and ordered further briefing. (*Id.* at 2.) In light of the posture that briefing has since created and the issues that have arisen, NLMM respectfully submits that oral argument would assist the Court in resolving both matters. Accordingly, NLMM respectfully requests that the Court set a hearing on the Motion and on Defendants' request to set aside the defaults. NLMM's counsel is available at the Court's convenience.

DATED:  August 10, 2026          FROST LLP


By:    /s/ David Tiraturyan
      CHRISTOPHER FROST
      BENJAMIN KASSIS
      DAVID TIRATURYAN
      Attorneys for Plaintiff
      NORTHERN LIGHT MEDICAL
      MANAGEMENT, LLC

195374.1

1