Varand Gourjian, Esq. (SBN 205344)
Email: varand@gourjianlaw.com;
Armen F. Papazian, Esq. (SBN 209989), *Of counsel*
Email: armen@papazianlawfirm.com
Alec Galustian, Esq. (SBN 360045)
Email: Alec@gourjianlaw.com
**GOURJIAN LAW GROUP, P.C.**
101 N. Brand Blvd., Suite 1220
Glendale, California 91203
Telephone: (818) 956-0100

Attorneys for Defendants: AMERICAN HEALTHCARE SYSTEMS CORP., INC.;WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a VISTA MEDICAL CENTER EAST; and MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIAWESTERN DIVISION

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,

Plaintiff,

vs.

AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:26-cv-04980-MCS-BFMx

*Assigned for all purposes to Hon. Mark C. Scarsi*

Action Filed: May 8, 2026

**SUPPLEMENTAL DECLARATION OF MIKE SARIAN IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S COMBINED RESPONSE TO DEFENDANTS' REQUEST TO SET ASIDE DEFAULTS**

**DECLARATION OF MIKE SARIAN**

I, Mike Sarian, declare as follows:

1. I am the Chief Executive Officer of Defendant AMERICAN HEALTHCARE SYSTEMS CORP., INC. ("AHS") and a Manager of Defendant WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST ("Vista"). I am also named as a Defendant in this action, individually and as Trustee of the SARIAN FAMILY TRUST. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto. I submit this Supplemental Declaration in support of Defendants AHS, Vista, and Mike Sarian's (collectively, "Defendants") request to set aside the Clerk's entries of default. I previously submitted a declaration dated July 30, 2026.

2. Plaintiff's proof of service concerning me states that on May 28, 2026, the Summons and Complaint were left with an unidentified "Jane Doe," described as my "Mother" and "Co-Occupant."

3. My mother passed away in January 2026, approximately four months before the purported May 28, 2026 service. Accordingly, my mother could not have been the individual who allegedly received the Summons and Complaint on May 28, 2026.

4. At the time of the purported service, the only persons residing at my residence were me and my 16-year-old daughter. My daughter did not receive or accept the Summons and Complaint on my behalf on May 28, 2026. My mother had passed away months earlier. Accordingly, the individual identified in the proof of service as my "Mother" and "Co-Occupant" was neither my mother nor my daughter, and I do not know who that individual was.

5. I did not receive the Summons and Complaint from the individual identified as "Jane Doe," and no one informed me that legal papers in this action had been left for me at the residence.



Doc ID: 3a7f78364d5afd647151a9a27522e0829f3d6eba

6. I also did not receive the Summons and Complaint by mail before the defaults were entered.

7. The AHS office at 505 North Brand Boulevard, Suite 1200, is located in a multi-tenant building. Sam Mard, who served as building security in the common lobby, was not an AHS employee, officer, receptionist, agent, or person stationed within or in charge of AHS's office. AHS did not authorize Mr. Mard to accept service of process on its behalf. Mr. Mard did not provide me with the Summons or Complaint or otherwise inform me that legal papers relating to this action had been delivered to him for AHS.

8. With respect to Vista, I did not receive the Summons and Complaint from CT Corporation System or from anyone at Vista before default was entered. Before learning of the defaults, no one informed me that Vista had been served with the Summons and Complaint in this action.

9. I did not personally make, direct, or authorize any decision on behalf of AHS or Vista to ignore this lawsuit, refrain from responding to the Complaint, or permit defaults to be entered. Had I known that a response was due, I would have caused counsel to respond on behalf of Defendants.

10. I first learned that this action had been filed and that defaults had been entered on or about July 17, 2026. Upon learning of the defaults, I promptly authorized Gourjian Law Group, P.C. to appear and take the necessary steps to defend this action.

11. Before that time, I had not authorized counsel from the prior action to accept service of process on my behalf or on behalf of AHS or Vista in this action.

12. Defendants' failure to respond was not an effort to delay this case or obtain a tactical advantage. Once I became aware of the action and defaults, I wanted Defendants to appear and defend the matter on the merits.

/ / /

/ / /



Doc ID: 3a7f78364d5afd647151a9a27522e0829f3d6eba

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on this 24 day of Augist, 2026 at Glendale, California.

Mike Sarian



Doc ID: 3a7f78364d5afd647151a9a27522e0829f3d6eba

STATE OF CALIFORNIA ) ss.:

COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 N. Brand Blvd., Suite 1220, Glendale, CA 91203.

On August 24, 2026, I served on interested parties the following document(s) described as: **SUPPLEMENTAL DECLARATION OF MIKE SARIAN IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S COMBINED RESPONSE TO DEFENDANTS' REQUEST TO SET ASIDE DEFAULTS** on the interested parties as follows:

Christopher Frost
Benjamin Kassis
David Tiraturyan
Rachel Duboff
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
chris@frostllp.com
ben@frostllp.com
david1@frostllp.com
rduboff@frostllp.com
*Attorneys for Plaintiff*

☒ (BY ELECTRONIC SERVICE) via e-mail transmission to counsel for Plaintiff at the email addresses identified above.

☐ (BY U.S. MAIL) I caused such envelope with postage thereon fully prepaid, via U.S. mail to be placed in the United States mail at Glendale, California.

☐ (BY PERSONAL SERVICE) I caused such document to be personally served on all parties at…

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 24, 2026 at Glendale, California.

| | |
|---|---|
| Ivette Molina | /s/ Ivette Molina |
| (Type or print name) | (Signature) |

gourjianlawgroup



Doc ID: 3a7f78364d5afd647151a9a27522e0829f3d6eba