**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:26−cv−04980−MCS−BFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 9/9/2026 | 30 | NOTICE OF MOTION AND MOTION to Withdraw filed by Defendants American Healthcare Systems Corp., Inc., Waukegan Illinois Hospital Company, LLC. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: September 10, 2026

/s/ *Mark C. Scarsi*
United States District Judge