Varand Gourjian, Esq. (SBN 205344)
Email: varand@gourjianlaw.com;
Armen F. Papazian, Esq. (SBN 209989), *Of counsel*
Email: armen@papazianlawfirm.com
Alec Galustian, Esq. (SBN 360045)
Email: Alec@gourjianlaw.com
**GOURJIAN LAW GROUP, P.C.**
101 N. Brand Blvd., Suite 1220
Glendale, California 91203
Telephone: (818) 956-0100

Attorneys for Defendant: MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIAWESTERN DIVISION

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,

Plaintiff,

vs.

AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:26-cv-04980-MCS-BFMx

*Assigned for all purposes to Hon. Mark C. Scarsi*

Action Filed: May 8, 2026

**DECLARATION OF ARMEN F. PAPAZIAN REGARDING COMPLIANCE WITH LOCAL RULE 7-3**

# DECLARATION OF ARMEN F. PAPAZIAN

I, Armen F. Papazian, declare as follows:

1. I am an attorney duly licensed to practice before this Court and am counsel of record for Defendant MIKE SARIAN ("Defendant" or "SARIAN"), individually and as Trustee of the SARIAN FAMILY TRUST, in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. On September 3, 2026, counsel for Defendant SARIAN and counsel for Plaintiff NORTHERN LIGHT MEDICAL MANAGEMENT, LLC ("Plaintiff") participated in a remote video conference pursuant to Local Rule 7-3 and Paragraph 9.c of the Court's Initial Standing Order.

3. During the conference, counsel discussed Defendant SARIAN's contemplated motion to dismiss Plaintiff's Second Claim for Relief for Tortious Interference with Contractual Relations under Federal Rule of Civil Procedure 12(b)(6).

4. Defendant's position was that the tortious interference claim fails because the Complaint alleges that SARIAN acted as the authorized agent and representative of American Healthcare Systems Corp., Inc. ("AHS") and Waukegan Illinois Hospital Company, LLC d/b/a Vista Medical Center East ("VISTA") in connection with the Settlement Agreement and the payment decisions at issue, and because the Complaint does not plausibly allege that SARIAN acted outside the scope of his agency for a separate interest at the expense of AHS or VISTA.

5. Plaintiff's position was that the tortious interference claim is adequately pleaded and that SARIAN is not entitled to dismissal based on agency immunity.

6. The parties were unable to resolve the disputed issues during the conference, and Defendant thereafter filed his Motion to Dismiss.

7. The declaration required by Local Rule 7-3 was inadvertently omitted from

the papers filed with Defendant's Motion. This declaration is submitted to document the September 3, 2026 conference and the parties' respective positions concerning the disputed issues addressed during that conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of October, 2026 at Glendale, California.

/s/ Armen F. Papazian
Armen F. Papazian

STATE OF CALIFORNIA ) ss.:

COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 N. Brand Blvd., Suite 1220, Glendale, CA 91203.

On October 5, 2026, I served on interested parties the following document(s) described as: **DECLARATION OF ARMEN F. PAPAZIAN REGARDING COMPLIANCE WITH LOCAL RULE 7-3** on the interested parties as follows:

Christopher Frost
Benjamin Kassis
David Tiraturyan
Rachel Duboff
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
chris@frostllp.com
ben@frostllp.com
david1@frostllp.com
rduboff@frostllp.com
*Attorneys for Plaintiff*

☒ (BY ELECTRONIC SERVICE) via e-mail transmission to counsel for Plaintiff at the email addresses identified above.

☐ (BY U.S. MAIL) I caused such envelope with postage thereon fully prepaid, via U.S. mail to be placed in the United States mail at Glendale, California.

☐ (BY PERSONAL SERVICE) I caused such document to be personally served on all parties at…

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 5, 2026 at Glendale, California.

| | |
|---|---|
| Ivette Molina | /s/ Ivette Molina |
| (Type or print name) | (Signature) |