CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC,

Plaintiff,

v.

AMERICAN HEALTHCARE SYSTEMS CORP., INC.; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST; MIKE SARIAN, individually and as Trustee of the SARIAN FAMILY TRUST; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-04980-MCS-BFMx

*Assigned to: Hon. Mark C. Scarsi*

**NOTICE OF SETTLEMENT**

Action Filed: May 8, 2026

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff Northern Light Medical Management, LLC and Defendants American Healthcare Systems Corp., Inc., Waukegan Illinois Hospital Company, LLC, and Mike Sarian, individually and as trustee of the Sarian Family Trust (collectively, the "Parties"), hereby notify the Court that the Parties have reached a settlement of all claims asserted in this action.

The Parties are in the process of finalizing a written settlement agreement and respectfully request that the Court (i) adjourn or stay all pending dates and deadlines, and (ii) allow fourteen days from the date of this Notice for the Parties to file a stipulation for dismissal of this action with prejudice.

DATED: October 16, 2026

By: *_/s/ David Tiraturyan_*
Christopher Frost
Benjamin Kassis
David Tiraturyan
FROST LLP

*Counsel for Plaintiff*
*Northern Light Medical Management, LLC*

DATED: October 16, 2026

By: *_/s/ Alec Galustian_*
Varand Gourjian
Armen F. Papazian
Alec Galustian
GOURJIAN LAW GROUP, P.C.

*Counsel for Defendants*
*American Healthcare Systems Corp., Inc.;*
*Waukegan Illinois Hospital Company, LLC,*
*d.b.a. Vista Medical Center East; Mike*
*Sarian, individually and as Trustee of the*
*Sarian Family Trust*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED: October 16, 2026

By: */s/ David Tiraturyan*
David Tiraturyan
FROST LLP

*Counsel for Plaintiff*
*Northern Light Medical Management, LLC*