# EXHIBIT A

**From:** David Tiraturyan
**To:** Alec Galustian
**Cc:** Matthew Aghaian; Varand Gourjian; Armen Papazian; Karyna Stadnik
**Subject:** RE: Notice of Settlement - NLMM v. AHS
**Date:** Thursday, October 22, 2026 10:39:00 AM
**Attachments:** 2026.10.21 Settlement Agreement (1).pdf
image002.png

---

Thanks, Alec. Here's the signed copy from our end.

FROST

David Tiraturyan
Associate
Email: david1@frostllp.com
Office: (424) 254-0441
Direct: (424) 566-7315
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Alec Galustian <alec@gourjianlaw.com>
**Sent:** Thursday, October 22, 2026 9:13 AM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Matthew Aghaian <matthew@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>; Karyna Stadnik <kstadnik@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[External E-mail]

Looks good. I will send it to my client for execution as well.

Alec Galustian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California 91203
gourjianlaw
818.956.0100 Telephone
818.956.0123 Facsimile
alec@gourjianlaw.com
www.gourjianlaw.com

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Wednesday, October 21, 2026 7:20 PM
**To:** Alec Galustian <alec@gourjianlaw.com>
**Cc:** Matthew Aghaian <matthew@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>; Karyna Stadnik <kstadnik@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My clients are fine with the changes. I made two minor/clerical changes after accepting your redlines, just to fix typos/grammar. I'm attaching here a clean PDFed version (with wire instructions) and a redlined compare doc, so you can see any changes I made from your version. Assuming your side is ok with this, I'm sending the PDF to my client to execute now.

Thanks,
DT

FROST

David Tiraturyan
Associate
Email: david1@frostllp.com
Office: (424) 254-0441
Direct: (424) 566-7315
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Alec Galustian <alec@gourjianlaw.com>
**Sent:** Wednesday, October 21, 2026 2:41 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Matthew Aghaian <matthew@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>; Karyna Stadnik <kstadnik@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[EXTERNAL E-MAIL]

Hi David,

Please see the attached redlined version of the settlement agreement.

Alec Galustian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California 91203
818.956.0100 Telephone
818.956.0123 Facsimile
alec@gourjianlaw.com
www.gourjianlaw.com

---

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Tuesday, October 20, 2026 11:24 AM
**To:** Alec Galustian <alec@gourjianlaw.com>
**Cc:** Matthew Aghaian <matthew@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>; Karyna Stadnik <kstadnik@frostllp.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Alec – attached is a draft of the settlement agreement. Please make any edits in redline and circulate as soon as you can. We'd like to get this wrapped up ASAP in light of the Friday payment deadline.

Thanks so much,
DT

David Tiraturyan
Associate
Email: david1@frostllp.com
Office: (424) 254-0441
Direct: (424) 566-7315
10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Alec Galustian <alec@gourjianlaw.com>
**Sent:** Friday, October 16, 2026 4:35 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Matthew Aghaian <matthew@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Subject:** RE: Notice of Settlement - NLMM v. AHS

[EXTERNAL E-MAIL]

Hi David,

Looks good. You can attach my digital signature to it and get it filed.

Thank you,

Alec Galustian, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California 91203
gourjianlaw
818.956.0100 Telephone
818.956.0123 Facsimile
alec@gourjianlaw.com
www.gourjianlaw.com

---

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Friday, October 16, 2026 4:24 PM
**To:** Alec Galustian <alec@gourjianlaw.com>
**Cc:** Matthew Aghaian <matthew@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Subject:** Notice of Settlement - NLMM v. AHS

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Alec – draft of a notice of settlement is attached. Plz review and let me know whether it's good to file.
I'll circulate a draft settlement agmt on Monday.

Thx so much,
DT

FROST

David Tiraturyan
Associate
Email: david1@frostllp.com
Office: (424) 254-0441
Direct: (424) 566-7315
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.