UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-04980-MCS-BFM** | Date | November 16, 2026 |
| Title | ***N. Light Med. Mgmt., LLC v. Am. Healthcare Sys. Corp., Inc.*** | | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE: REQUEST TO VACATE ORDER OF DISMISSAL (ECF NO. 55) (JS-5)**

This action concerns the purported breach of an agreement settling another civil action. (*See generally* Compl., ECF No. 1.) After the Court directed the parties to complete alternative dispute resolution with U.S. Magistrate Judge Brianna Fuller Mircheff, (Order Referring Parties to ADR 2, ECF No. 51), the parties provided notice that they reached a settlement in principle, (Notice of Settlement, ECF No. 53). The Court dismissed the action without prejudice and retained jurisdiction to vacate the dismissal and reopen the case upon a request supported by good cause within 45 days of the dismissal order. (Order Dismissing Action, ECF No. 54.)

Plaintiff Northern Light Medical Management, LLC, requests to vacate the dismissal order and reopen the case because Defendants American Healthcare Systems Corp., Inc., Waukegan Illinois Hospital Company, LLC, doing business as Vista Medical Center East; and Mike Sarian, individually and as trustee of the Sarian Family Trust, did not timely execute a settlement agreement or remit a settlement payment on the timetable to which the parties had agreed. (Req. 3–4, ECF No. 55; Tiraturyan Decl. ¶¶ 4–18, ECF No. 55-1.)

Given that Defendants' counsel appears to have consented to the filing of the request, (Tiraturyan Decl. ¶¶ 19–20), the Court considers it notwithstanding that it fails to comply with the local rules governing motion practice, *see, e.g.*, C.D. Cal. Rs. 6-1, 7-3, 7-4. Good cause appearing, the Court vacates the dismissal order and directs the Clerk to reopen the case.

The action is restored to its posture before dismissal—that is, the Court again refers the parties to Judge Mircheff for a settlement conference. On its own motion, the Court resets the deadline for the parties to complete a settlement conference to January 19, 2027. The parties shall file a notice of settlement, stipulation of dismissal, or settlement conference status report by January 25, 2027. Mr. Sarian shall respond to the complaint within 14 days after the parties conduct a settlement conference.

**IT IS SO ORDERED.**

CC: U.S. Magistrate Judge Brianna Fuller Mircheff